UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. H- 04-512-SS |
| | § | |
| JAMES PATRICK PHILLIPS, WESLEY C. WALTON, and JAMES BROOKS | § § § | |

## ORDER

The United States' Motion to Postpone Sentencing is granted/denied. sentencing is reset to the **2nd** day of **October**, 2009, at **10:00** a.m. ~~p.m.~~

SIGNED at Houston, Texas, this **15th** day of **July**, 2009.

_____
UNITED STATES DISTRICT JUDGE