# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | 04:-4-CR-00512-003 |
| | § | |
| JAMES PATRICK PHILLIPS | § | |
| WESLEY C. WALTON | § | |
| JAMES BROOKS | § | |

### MOTION TO ADOPT CO-DEFENDANT'S OBJECTIONS
### TO THE PRE-SENTENCE INVESTIGATION REPORT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW JAMES BROOKS**, **DEFENDANT**, by and through his attorney of record, **WENDELL A. ODOM, JR.**, and hereby requests this honorable Court to consider the merits of this motion and in turn grant this motion based upon the following grounds:

**I**

Defendant moves this Court to permit him to adopt any other objections to the Pre-Sentence Report filed on behalf of his co-defendants that are consistent with the defense of Defendant, James Brooks, especially as applies to related cases, loss, victim impact and upward departure.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests this honorable Court consider the merits of this motion and grant said motion based upon the foregoing, and for such other and further relief to which Defendant may show himself justly entitled.

**Respectfully submitted,**

**/S/ WENDELL A. ODOM, JR.**
**TBA #15208500**

440 Louisiana, Suite 200
Houston, Texas 77002
(713) 224-3967
(713) 224-2815 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion to Adopt Co-Defendant's Objections to the Pre-Sentence Investigation Report** was electronically filed with the United States District Court Clerk and delivered electronically to the Assistant United States Attorney in this cause, on this the 23rd day of October, 2009.

/S/ WENDELL A. ODOM, JR.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has spoken to the Assistant United States Attorney, John Lewis, and he opposes this request.

**/S/ WENDELL A. ODOM, JR.**