IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | 04:-4-CR-00512-003 |
| § | |
| JAMES PATRICK PHILLIPS § | |
| WESLEY C. WALTON § | |
| JAMES BROOKS § | |

## ORDER

On this day came on to be heard Defendant's **Motion to Adopt Co-Defendants Objections to the Pre-Sentence Investigation Report**, and the Court, after considering same and hearing the evidence and argument of counsel is of the opinion that this motion should be, in all things, **GRANTED/DENIED**.

**SIGNED** on this the _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT COURT JUDGE**