

| Month | Index Location | Inside FERC | NGI | Difference |
|---|---|---|---|---|
| Sep-00 | ANR Louisiana | $4.52 | $4.53 | -$0.01 |
| Sep-00 | Houston Ship Channel | $4.64 | $4.61 | $0.03 |
| Sep-00 | Socal | $6.31 | $6.49 | -$0.18 |
| Sep-00 | Waha | $4.59 | $4.64 | -$0.05 |
| Oct-00 | ANR Louisiana | $5.19 | $5.18 | $0.01 |
| Oct-00 | Houston Ship Channel | $5.30 | $5.30 | $0.00 |
| Oct-00 | Socal | $5.57 | $5.57 | $0.00 |
| Oct-00 | Waha | $5.14 | $5.13 | $0.01 |
| Nov-00 | ANR Louisiana | $4.41 | $4.44 | -$0.03 |
| Nov-00 | Houston Ship Channel | $4.46 | $4.49 | -$0.03 |
| Nov-00 | Socal | $5.18 | $5.19 | -$0.01 |
| Nov-00 | Waha | $4.50 | $4.50 | $0.00 |
| Dec-00 | ANR Louisiana | $5.91 | $5.92 | -$0.01 |
| Dec-00 | Columbia Gulf | $6.01 | $6.02 | -$0.01 |
| Dec-00 | Houston Ship Channel | $6.00 | $6.03 | -$0.03 |
| Dec-00 | NGPL Louisiana | $5.92 | $5.93 | -$0.01 |
| Dec-00 | Questar | $6.14 | $6.22 | -$0.08 |
| Dec-00 | Socal | $14.08 | $14.26 | -$0.18 |
| Dec-00 | Waha | $6.16 | $6.28 | -$0.12 |
| Jan-01 | ANR Louisiana | $9.83 | $9.84 | -$0.01 |
| Jan-01 | Houston Ship Channel | $9.84 | $9.79 | $0.05 |
| Jan-01 | Waha | $9.77 | $9.80 | -$0.03 |
| Feb-01 | ANR Louisiana | $6.12 | $6.16 | -$0.04 |
| Feb-01 | Houston Ship Channel | $6.24 | $6.28 | -$0.04 |
| Feb-01 | Waha | $6.41 | $6.44 | -$0.03 |
| Average | | | | -$0.03 |

# SoCAL

|       | NGI           | 1Ferc         |
|-------|---------------|---------------|
| 9/00  | 5.50-7.30     | 5.50-7.26     |
|       | 6.31          | 6.49          |
| 10/00 | 5.30-5.80     | 5.27-5.84     |
|       | 5.57          | 5.57          |
| 11/00 | 5.00-5.30     | 5.02-5.36     |
|       | 5.18          | 5.19          |
| 12/00 | 11.20-18.99   | 11.69-18.99   |
|       | 14.08         | 14.26         |

DEFENDANT'S EXHIBIT 2003

# COMPARISON OF *INSIDE FERC* & *NGI* PRICES
## DECEMBER 2000

| POINT | *Inside FERC* | *NGI* |
|---|---|---|
| ANR Louisiana (NGI ANR SE) | 5.91 | 5.92 |
| Columbia Gulf | 6.01 | 6.02 |
| NGPL--Louisiana | 5.92 | 5.93 |
| Questar—(Rocky Mountains) | 6.14 | 6.22 |
| Texas Eastern—E. La. | | |
| Chicago Citygate | | |
| Houston Ship Channel | | |
| Katy | | |
| Waha | | |
| Socal | | |


DEFENDANT'S EXHIBIT 2010

# COMPARISON: *INSIDE FERC* & *NGI* PRICING
## Sept. 00-Feb. 01
## Selected Locations

### WAHA

| MONTH | *INSIDE FERC* | NGI |
|---|---|---|
| Sept. 00 | 4.59 | 4.64 |
| Oct. 00 | 5.14 | 5.13 |
| Nov. 00 | 4.50 | 4.50 |
| Dec. 00 | 6.16 | 6.28 |
| Jan. 01 | 9.77 | 9.80 |
| Feb. 01 | 6.41 | 6.44 |

### HOUSTON SHIP CHANNEL

| MONTH | *INSIDE FERC* | NGI |
|---|---|---|
| Sept. 00 | 4.64 | 4.61 |
| Oct. 00 | 5.30 | 5.30 |
| Nov. 00 | 4.46 | 4.49 |
| Dec. 00 | 6.00 | 6.03 |
| Jan. 01 | 9.84 | 9.79 |
| Feb. 01 | 6.24 | 6.28 |

### ANR LOUISIANA

| MONTH | *INSIDE FERC* | NGI |
|---|---|---|
| Sept. 00 | 4.52 | 4.53 |
| Oct. 00 | 5.19 | 5.18 |
| Nov. 00 | 4.41 | 4.44 |
| Dec. 00 | 5.91 | 5.92 |
| Jan. 01 | 9.83 | 9.84 |
| Feb. 01 | 6.12 | 6.16 |


DEFENDANT'S EXHIBIT 2011