

**VWAs by Company, NGI September 2000 (Socal)**

| Company | $/MMBtu |
|---|---|
| Enron | 7.22 |
| Oxy | 7.12 |
| PanCanadian | 7.11 |
| Duke | 7.08 |
| Southern | 7.03 |
| Engage | 6.84 |
| Coral | 6.71 |
| Wiliams | 6.69 |
| Texaco | 6.30 |
| Sempra | 6.20 |
| Dynegy | 5.94 |
| El Paso Merchant | 5.89 |
| PG&E Energy Trading | 5.85 |
| Encerco | 5.81 |
| Westcoast | 5.81 |
| Socal Gas | 5.75 |
| Aquila | 5.73 |

**$/MMBtu at Socal - September 2000**

## VWAs by Company and Effect of Removing Each Company from Total

| Company | VWAs | Overall VWA without Company | Change in Overall VWA Caused by Removing Company |
|---|---|---|---|
| Aquila | 5.73 | 6.45 | 0.03 |
| Socal Gas | 5.75 | 6.43 | 0.01 |
| Westcoast | 5.81 | 6.48 | 0.06 |
| Encerco | 5.81 | 6.44 | 0.02 |
| PG&E Energy Trading | 5.85 | 6.48 | 0.06 |
| El Paso Merchant | 5.89 | 6.48 | 0.06 |
| Dynegy | 5.94 | 6.51 | 0.09 |
| Sempra | 6.20 | 6.42 | 0.00 |
| Texaco | 6.30 | 6.42 | 0.00 |
| Wiliams | 6.69 | 6.41 | -0.01 |
| Coral | 6.71 | 6.41 | -0.01 |
| Engage | 6.84 | 6.41 | -0.01 |
| Southern | 7.03 | 6.40 | -0.02 |
| Duke | 7.08 | 6.41 | -0.01 |
| PanCanadian | 7.11 | 6.26 | -0.16 |
| Oxy | 7.12 | 6.40 | -0.02 |
| Enron | 7.22 | 6.31 | -0.11 |

Note - Overall VWA = $6.42
Day report submitted not available.

## Detail: Prices Reported to NGI for September 2000 (Socal)

| Source | Prices ($/MMBtu) | Volume (Daily MMBtu x 1,000) |
|---|---|---|
| AQUILA | 5.85 | 25 |
| AQUILA | 5.85 | 10 |
| AQUILA | 5.80 | 10 |
| AQUILA | 5.75 | 15 |
| AQUILA | 5.75 | 10 |
| AQUILA | 5.60 | 15 |
| AQUILA | 5.60 | 15 |
| AQUILA | 5.65 | 15 |
| AQUILA | 5.75 | 10 |
| Engage Energy | 7.30 | 5 |
| Engage Energy | 7.00 | 8 |
| Engage Energy | 6.75 | 5 |
| Engage Energy | 6.00 | 3 |

| | | |
|---|---|---|
| Engage Energy | 6.95 | 10 |
| Engage Energy | 6.75 | 7 |
| Engage Energy | 6.60 | 5 |
| Southern | 7.05 | 22 |
| Southern | 7.11 | 10 |
| Southern | 7.10 | 10 |
| Southern | 7.20 | 5 |
| Southern | 7.22 | 10 |
| Southern | 7.17 | 10 |
| Southern | 6.80 | 10 |
| Southern | 6.65 | 10 |
| Williams | 7.10 | 10 |
| Williams | 7.25 | 10 |
| Williams | 7.20 | 10 |
| Williams | 7.25 | 5 |
| Williams | 6.03 | 5 |
| Williams | 5.80 | 10 |
| Williams | 6.15 | 10 |
| Coral | 7.00 | 5 |
| Coral | 7.12 | 5 |
| Coral | 7.25 | 5 |
| Coral | 7.26 | 5 |
| Coral | 7.22 | 5 |
| Coral | 7.20 | 5 |
| Coral | 6.80 | 15 |
| Coral | 6.70 | 5 |
| Coral | 6.50 | 5 |
| Coral | 6.00 | 5 |
| Coral | 6.05 | 10 |
| Coral | 5.90 | 5 |
| PG&E Energy Trading | 6.78 | 15 |
| PG&E Energy Trading | 6.98 | 15 |
| PG&E Energy Trading | 7.00 | 15 |
| PG&E Energy Trading | 5.75 | 30 |
| PG&E Energy Trading | 5.70 | 15 |
| PG&E Energy Trading | 5.64 | 30 |
| PG&E Energy Trading | 5.60 | 30 |
| PG&E Energy Trading | 5.60 | 15 |
| PG&E Energy Trading | 5.58 | 15 |
| PG&E Energy Trading | 5.60 | 30 |
| PG&E Energy Trading | 5.66 | 30 |
| PG&E Energy Trading | 5.70 | 30 |
| PG&E Energy Trading | 5.75 | 30 |
| Westcoast | 5.70 | 50 |
| Westcoast | 5.80 | 100 |
| Westcoast | 5.85 | 35 |
| Westcoast | 5.86 | 50 |
| Westcoast | 5.90 | 15 |
| Dynegy | 6.50 | 50 |

| | | |
|---|---|---|
| Dynegy | 7.19 | 10 |
| Dynegy | 7.21 | 10 |
| Dynegy | 5.75 | 100 |
| Dynegy | 5.70 | 50 |
| Dynegy | 5.83 | 20 |
| Dynegy | 5.80 | 100 |
| Dynegy | 5.85 | 35 |
| Dynegy | 5.86 | 50 |
| Dynegy | 5.90 | 15 |
| Dynegy | 5.95 | 20 |
| Dynegy | 6.00 | 10 |
| Oxy - In-state | 7.20 | 10 |
| Oxy - In-state | 7.22 | 5 |
| Oxy - In-state | 7.10 | 10 |
| Oxy - Mojave | 7.15 | 10 |
| Oxy - Mojave | 6.95 | 10 |
| Oxy - Mojave | 7.10 | 15 |
| Oxy | 7.25 | 5 |
| Oxy | 7.26 | 5 |
| Oxy | 7.20 | 10 |
| Oxy | 7.00 | 10 |
| Oxy | 7.10 | 10 |
| Duke | 7.15 | 10 |
| Duke | 7.15 | 10 |
| Duke | 7.10 | 10 |
| Duke | 7.17 | 10 |
| Duke | 6.90 | 10 |
| Duke | 7.03 | 10 |
| El Paso Merchant | 7.22 | 10 |
| El Paso Merchant | 7.20 | 10 |
| El Paso Merchant | 5.70 | 15 |
| El Paso Merchant | 6.00 | 15 |
| El Paso Merchant | 6.20 | 15 |
| El Paso Merchant | 5.80 | 30 |
| El Paso Merchant | 5.90 | 25 |
| El Paso Merchant | 5.75 | 100 |
| El Paso Merchant | 5.60 | 20 |
| El Paso Merchant | 5.50 | 15 |
| El Paso Merchant | 5.85 | 20 |
| El Paso Merchant | 5.80 | 20 |
| El Paso Merchant | 5.85 | 10 |
| El Paso Merchant | 5.90 | 10 |
| El Paso Merchant | 6.00 | 5 |
| enron | 7.00 | 5 |
| enron | 7.05 | 5 |
| enron | 7.04 | 5 |
| enron | 7.04 | 5 |
| enron | 7.10 | 5 |
| enron | 7.12 | 5 |

| | | |
|---|---|---|
| enron | 7.20 | 5 |
| enron | 7.19 | 5 |
| enron | 7.19 | 5 |
| enron | 7.18 | 5 |
| enron | 7.17 | 10 |
| enron | 7.22 | 5 |
| enron | 7.18 | 5 |
| enron | 7.18 | 5 |
| enron | 7.20 | 5 |
| enron | 7.20 | 5 |
| enron | 7.20 | 5 |
| enron | 7.21 | 5 |
| enron | 7.21 | 5 |
| enron | 7.21 | 5 |
| enron | 7.21 | 5 |
| enron | 7.21 | 5 |
| enron | 7.23 | 5 |
| enron | 7.23 | 5 |
| enron | 7.22 | 5 |
| enron | 7.22 | 5 |
| enron | 7.22 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.15 | 3 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |

| | | |
|---|---|---|
| enron | 7.25 | 5 |
| enron | 7.25 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.26 | 5 |
| enron | 7.25 | 10 |
| Encerco | 5.67 | 10 |
| Encerco | 5.70 | 10 |
| Encerco | 5.70 | 10 |
| Encerco | 6.20 | 10 |
| Encerco | 6.00 | 20 |
| Encerco | 5.65 | 26 |
| Texaco | **6.30** | 15 |
| Texaco | 5.50 | |
| Texaco | 7.10 | |
| PanCanadian | 7.08 | 2.3 |
| PanCanadian | 7.03 | 8.7 |
| PanCanadian | 7.12 | 5 |
| PanCanadian | 7.10 | 10 |
| PanCanadian | 6.83 | 3.9 |
| PanCanadian | 6.88 | 5.6 |
| PanCanadian | 7.04 | 10 |
| PanCanadian | 7.11 | 2.4 |
| PanCanadian | 7.18 | 7.8 |
| PanCanadian | 7.17 | 4.4 |
| PanCanadian | 7.09 | 10 |
| PanCanadian | 7.20 | 6.7 |
| PanCanadian | 7.21 | 10 |
| PanCanadian | 7.22 | 3.8 |
| PanCanadian | 7.22 | 1.2 |
| PanCanadian | 7.18 | 9 |
| PanCanadian | 7.13 | 2.2 |
| PanCanadian | 7.06 | 5.4 |
| PanCanadian | 7.11 | 9 |
| PanCanadian | 7.18 | 5.3 |
| PanCanadian | 7.14 | 11 |
| PanCanadian | 7.19 | 5.75 |
| PanCanadian | 7.09 | 10 |
| PanCanadian | 7.14 | 4 |
| PanCanadian | 7.11 | 10 |

| | | |
|---|---|---|
| PanCanadian | 6.99 | 3.2 |
| PanCanadian | 7.05 | 12 |
| PanCanadian | 7.04 | 6.7 |
| PanCanadian | 7.22 | 8.9 |
| PanCanadian | 7.07 | 5 |
| PanCanadian | 7.19 | 3.75 |
| PanCanadian | 7.15 | 4 |
| PanCanadian | 7.18 | 1.9 |
| PanCanadian | 7.21 | 5.7 |
| PanCanadian | 7.22 | 3 |
| PanCanadian | 7.11 | 7.6 |
| PanCanadian | 7.13 | 3 |
| PanCanadian | 7.21 | 9 |
| PanCanadian | 7.11 | 5 |
| PanCanadian | 7.16 | 10 |
| PanCanadian | 7.20 | 8 |
| PanCanadian | 7.23 | 5.9 |
| PanCanadian | 7.24 | 4.3 |
| PanCanadian | 7.25 | 6 |
| PanCanadian | 6.99 | 8.9 |
| PanCanadian | 6.95 | 10 |
| PanCanadian | 7.01 | 8.7 |
| PanCanadian | 6.75 | 11 |
| PanCanadian | 7.09 | 2.7 |
| PanCanadian | 7.18 | 7.8 |
| PanCanadian | 7.17 | 4.8 |
| PanCanadian | 7.22 | 2 |
| PanCanadian | 7.20 | 6.75 |
| PanCanadian | 7.15 | 5 |
| PanCanadian | 7.18 | 2 |
| PanCanadian | 7.19 | 8.9 |
| PanCanadian | 7.22 | 3.35 |
| PanCanadian | 7.18 | 7 |
| PanCanadian | 7.00 | 2 |
| PanCanadian | 7.20 | 2.45 |
| PanCanadian | 7.04 | 10 |
| PanCanadian | 7.02 | 3.45 |
| PanCanadian | 6.89 | 10 |
| PanCanadian | 6.90 | 3.2 |
| PanCanadian | 7.12 | 10 |
| PanCanadian | 7.18 | 8 |
| PanCanadian | 7.19 | 5 |
| PanCanadian | 7.10 | 10 |
| PanCanadian | 7.12 | 5.4 |

| | | |
|---|---|---|
| PanCanadian | 7.17 | 6.7 |
| PanCanadian | 7.19 | 1.8 |
| PanCanadian | 6.95 | 10 |
| PanCanadian | 7.12 | 3.9 |
| PanCanadian | 7.16 | 4.5 |
| PanCanadian | 7.18 | 1.25 |
| PanCanadian | 7.15 | 7.6 |
| PanCanadian | 7.19 | 9.55 |
| PanCanadian | 7.20 | 3.4 |
| PanCanadian | 7.09 | 8 |
| PanCanadian | 7.10 | 3.3 |
| PanCanadian | 7.12 | 5.5 |
| PanCanadian | 7.18 | 10 |
| PanCanadian | 7.10 | 4.4 |
| PanCanadian | 7.18 | 10 |
| PanCanadian | 7.19 | 3.85 |
| PanCanadian | 7.08 | 5.5 |
| PanCanadian | 7.18 | 9 |
| PanCanadian | 7.00 | 2 |
| PanCanadian | 6.95 | 10 |
| PanCanadian | 7.10 | 7 |
| PanCanadian | 7.12 | 5 |
| PanCanadian | 7.13 | 3.7 |
| Socal Gas | 5.50 | 20 |
| Socal Gas | 6.00 | 20 |
| Sempra | 7.25 | 5 |
| Sempra | 7.25 | 5 |
| Sempra | 6.30 | 10 |
| Sempra | 6.00 | 10 |
| Sempra | 5.70 | 10 |
| Sempra | 5.60 | 5 |
| Sempra | 5.90 | 5 |