## Prices Reported to Inside FERC Gas Market Report at Socal, September 2000

| Date | Others' Prices ($/MMBtu) | El Paso's Prices ($/MMBtu) | Volume (Daily MMBtu x 1,000) | Source | Reporter |
|---|---|---|---|---|---|
| 8/29 | | $7.20 | 10 | El Paso Merchant | kd |
| 8/29 | | $7.22 | 10 | El Paso Merchant | kd |
| 8/30 | | $7.25 | 10 | El Paso Merchant | kd |
| 8/30 | | $7.26 | 5 | El Paso Merchant | kd |
| 8/31 | | $5.50 | 15 | El Paso Merchant | kd |
| 8/31 | | $5.60 | 20 | El Paso Merchant | kd |
| 8/31 | | $5.70 | 15 | El Paso Merchant | kd |
| 8/31 | | $5.75 | 100 | El Paso Merchant | kd |
| 8/31 | | $5.80 | 30 | El Paso Merchant | kd |
| 8/31 | | $5.85 | 20 | El Paso Merchant | kd |
| 8/31 | | $5.90 | 25 | El Paso Merchant | kd |
| 8/31 | | $6.00 | 15 | El Paso Merchant | kd |
| 8/31 | | $6.20 | 15 | El Paso Merchant | kd |
| 8/31 | $5.60 | | 15 | AQUILA | md |
| 8/31 | $5.60 | | 15 | AQUILA | md |
| 8/31 | $5.65 | | 15 | AQUILA | md |
| 8/31 | $5.75 | | 15 | AQUILA | md |
| 8/31 | $5.75 | | 10 | AQUILA | md |
| 8/31 | $5.75 | | 10 | AQUILA | md |
| 8/31 | $5.80 | | 10 | AQUILA | md |
| 8/31 | $5.85 | | 25 | AQUILA | md |
| 8/31 | $5.85 | | 10 | AQUILA | md |
| 8/26 | $6.90 | | 10 | Duke Energy | kd |
| 8/26 | $7.03 | | 10 | Duke Energy | kd |
| 8/29 | $7.10 | | 10 | Duke Energy | kd |
| 8/29 | $7.17 | | 10 | Duke Energy | kd |
| 8/30 | $7.15 | | 10 | Duke Energy | kd |
| 8/30 | $7.15 | | 10 | Duke Energy | kd |
| 8/29 | $6.50 | | 5 | Dynegy | kb |
| 8/30 | $7.19 | | 1 | Dynegy | kb |
| 8/30 | $7.21 | | 1 | Dynegy | kb |
| 8/31 | $5.70 | | 5 | Dynegy | kb |
| 8/31 | $5.75 | | 10 | Dynegy | kb |
| 8/31 | $5.80 | | 10 | Dynegy | kb |
| 8/31 | $5.83 | | 2 | Dynegy | kb |
| 8/31 | $5.85 | | 4 | Dynegy | kb |
| 8/31 | $5.86 | | 5 | Dynegy | kb |
| 8/31 | $5.90 | | 2 | Dynegy | kb |
| 8/31 | $5.95 | | 2 | Dynegy | kb |
| 8/31 | $6.00 | | 1 | Dynegy | kb |
| 8/29 | $7.00 | | 5 | enron | fw |
| 8/29 | $7.05 | | 5 | enron | fw |
| 8/29 | $7.12 | | 5 | enron | fw |
| 8/29 | $7.18 | | 15 | enron | fw |
| 8/29 | $7.19 | | 10 | enron | fw |

| Date | Price | Qty | Counterparty | Trader |
|---|---|---|---|---|
| 8/29 | $7.20 | 20 | enron | fw |
| 8/29 | $7.21 | 25 | enron | fw |
| 8/29 | $7.22 | 15 | enron | fw |
| 8/29 | $7.23 | 10 | enron | fw |
| 8/29 | $7.25 | 50 | enron | fw |
| 8/30 | $7.25 | 50 | enron | fw |
| 8/30 | $7.25 | 50 | enron | fw |
| 8/30 | $7.26 | 50 | enron | fw |
| 8/30 | $7.26 | 50 | enron | fw |
| 8/30 | $7.26 | 10 | enron | fw |
| 8/30 | $5.67 | 10 | enserco | fw |
| 8/30 | $5.70 | 10 | enserco | fw |
| 8/30 | $5.70 | 10 | enserco | fw |
| 8/31 | $5.65 | 15 | enserco | fw |
| 8/31 | $6.00 | 20 | enserco | fw |
| 8/31 | $6.20 | 10 | enserco | fw |
| 8/26 | $7.25 | 10 | OEMT | kd |
| 8/29 | $6.20 | 10 | OEMT | kd |
| 8/29 | $6.25 | 5 | OEMT | kd |
| 8/29 | $6.65 | 5 | OEMT | kd |
| 8/29 | $7.00 | 5 | OEMT | kd |
| 8/31 | $5.75 | 5 | OEMT | kd |
| 8/31 | $5.80 | 5 | OEMT | kd |
| 8/31 | $5.80 | 5 | OEMT | kd |
| 8/31 | $5.85 | 10 | OEMT | kd |
| 8/26 | $7.15 | 10 | oxy | mt |
| 8/29 | $7.14 | 50 | oxy | mt |
| 8/29 | $7.20 | 50 | oxy | mt |
| 8/29 | $7.25 | 100 | oxy | mt |
| 8/29 | $7.26 | 90 | oxy | mt |
| 8/29 | $6.78 | 15 | PG&E Energy Trading | |
| 8/30 | $6.98 | 15 | PG&E Energy Trading | |
| 8/30 | $7.00 | 15 | PG&E Energy Trading | |
| 8/31 | $5.58 | 15 | PG&E Energy Trading | |
| 8/31 | $5.60 | 30 | PG&E Energy Trading | |
| 8/31 | $5.60 | 30 | PG&E Energy Trading | |
| 8/31 | $5.60 | 15 | PG&E Energy Trading | |
| 8/31 | $5.64 | 30 | PG&E Energy Trading | |
| 8/31 | $5.66 | 30 | PG&E Energy Trading | |
| 8/31 | $5.70 | 30 | PG&E Energy Trading | |
| 8/31 | $5.70 | 15 | PG&E Energy Trading | |
| 8/31 | $5.75 | 30 | PG&E Energy Trading | |
| 8/31 | $5.75 | 30 | PG&E Energy Trading | |
| 8/31 | $5.50 | 20 | socal | kd |
| 8/26 | $7.05 | 22 | SouthernEnergy | kd |
| 8/26 | $7.10 | 10 | SouthernEnergy | kd |
| 8/26 | $7.11 | 10 | SouthernEnergy | kd |
| 8/29 | $7.20 | 5 | SouthernEnergy | kd |
| 8/29 | $7.22 | 10 | SouthernEnergy | kd |
| 8/30 | $7.17 | 10 | SouthernEnergy | kd |
| 8/31 | $6.65 | 10 | SouthernEnergy | kd |

| Date | Price | Qty | Company | |
|---|---|---|---|---|
| 8/31 | $6.80 | 10 | SouthernEnergy | kd |
| 8/29 | $7.10 | 10 | Williams | kd |
| 8/30 | $7.20 | 10 | Williams | kd |
| 8/30 | $7.25 | 10 | Williams | kd |
| 8/30 | $7.25 | 5 | Williams | kd |
| 8/31 | $5.80 | 10 | Williams | kd |
| 8/31 | $6.03 | 5 | Williams | kd |
| 8/31 | $6.15 | 10 | Williams | kd |

| Company | VWAs | Overall VWA w/o Comnpany | Change Caused by Removing Company |
|---|---|---|---|
| Aquila | 5.73 | 6.57 | 0.06 |
| Soca Gas | 5.75 | 5.50 | -1.01 |
| Enserco | 5.83 | 6.54 | 0.03 |
| PG&E Energy Trading | 5.85 | 6.64 | 0.13 |
| Dynegy | 5.94 | 6.53 | 0.02 |
| El Paso Merchant | 5.96 | 6.61 | 0.10 |
| OEMT | 6.32 | 6.52 | 0.01 |
| Williams | 6.69 | 6.50 | -0.01 |
| SouthernEnergy | 7.03 | 6.48 | -0.03 |
| Duke | 7.08 | 6.49 | -0.02 |
| Oxy | 7.22 | 6.37 | -0.14 |
| Enron | 7.23 | 6.32 | -0.19 |



**VWAs by Company, IFGMR Socal - September 2000 ($/MMBtu)**

| Company | VWA |
|---|---|
| Enron | 7.23 |
| Oxy | 7.22 |
| Duke | 7.08 |
| SouthernEnergy | 7.03 |
| Williams | 6.69 |
| OEMT | 6.32 |
| El Paso Merchant | 5.96 |
| Dynegy | 5.94 |
| PG&E Energy Trading | 5.85 |
| Enserco | 5.83 |
| Soca Gas | 5.75 |
| Aquila | 5.73 |

